# United States District Court

### EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff,*<br><br>v.<br><br>JASON MANCE VAN ORSDOL,<br>a/k/a Jason Mance VanOrsdol,<br><br>               *Defendant.* | **CRIMINAL COMPLAINT**<br><br>Case No.  25-MJ-370-JAR |

    I, Madison Rebel, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

    On or about 6. On September 24, 2025, in the Eastern District of Oklahoma, Jason Mance Van Orsdol, a/k/a Jason Mance VanOrsdol, committed the crime of Threatening to Assault or Murder a Federal Law Enforcement Officer, in violation of Title 18, United States Code, Section(s) 115(a)(1)(B) and Interstate Transmission of Threatening Communications in violation of Title 18, United States Code, Section 875(c).

    I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that this complaint is based on the following facts:

    (See attached Affidavit of _____, which is attached hereto and made a part hereof by reference.)

    ☒    Continued on the attached sheet.

 

*/s/ Madison Rebel*
MADISON REBEL, Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to on September 26, 2025.

JASON A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Madison Rebel, being duly sworn, does depose and state the following:

### AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) within the meaning of 18 U.S.C. § 3051, and as such, am an officer of the United States who is authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States. I have been employed in this capacity since July 2021, and I am currently assigned to the ATF Muskogee Field Office. I completed the Criminal Investigator Training Program required by ATF in October 2021. I also completed Special Agent Basic Training required by ATF for all new special agents. I possess a Bachelor of Science degree in Biology as well as a degree in Criminology. In connection with my official duties as an ATF Special Agent, I investigate criminal violations of federal firearms laws, federal arson laws, federal explosives laws, and federal narcotics laws.

2. During my employment as an ATF Special Agent, I have received specialized training regarding, and have personally participated in, various types of investigative activity. This includes, but is not limited to, the following: (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants and other individuals who have knowledge concerning violations of federal firearms laws; (c) arson investigations; (d) homicide investigations; (e) undercover operations; (f) the execution of search warrants; (g) the consensual monitoring and recording of conversations; (h) electronic surveillance through the use of pen registers and trap and trace devices; (i) the court-authorized interception of both wire and electronic communications (i.e., Title III wiretaps); and (j) the handling and maintenance of evidence.

3. I am familiar with the facts and circumstances of this investigation. The facts set forth in this affidavit are based on my personal observations, knowledge obtained from other law enforcement officers, my review of documents related to this investigation, conversations with others who have personal knowledge of the events and circumstances described herein, and a review of open-source information including information available on the Internet. It does not set forth each and every fact that I or others have learned during the course of this investigation.

4. This affidavit is made for the limited purpose of establishing probable cause in support of a criminal complaint alleging that Jason Mance VAN ORSDOL, aka Jason Mance Vanorsdol hereafter referred to as VAN ORSDOL, has violated Title 18 U.S.C. § 115(a)(1)(B), Threatening to Assault or Murder a Federal Law Enforcement Officer, and Title 18 U.S.C. § 875(c), Interstate Transmission of Threatening Communications.

## FACTS SUPPORTING PROBABLE CAUSE

5. Special Agent (SA) Lucas Keck with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is a federal law enforcement officer. On September 24, 2025, SA Keck spoke with Jason Mance VAN ORSDOL by telephone. At the time of the following calls, ATF SA Keck was in Muskogee, Oklahoma, Muskogee County which is within the Eastern District of Oklahoma.

6. On September 24, 2025, VAN ORSDOL had contacted the ATF Tulsa Field Office, (918)-594-1800, asking for ATF SA Keck to call him regarding his request to return firearms to VAN ORSDOL. That same day, ATF SA Keck contacted VAN ORDSDOL by telephone, (918)-704-1535, at VAN ORSDOL's request. ATF SA Keck is familiar with VAN ORDSDOL and his voice, and he was the individual that SA Keck spoke to in the following calls.

7. ATF SA Keck had knowledge of VAN ORSDOL's criminal history prior to speaking with VAN ORSDOL.

- VAN ORSDOL is currently charged by Information (filed on March 27, 2025) in the District Court of Okmulgee County for (Case No. CF-2025-39) with the following:

- Count (1): Assault with a Deadly Weapon; Count two (2): Assault with a Dangerous Weapon; and Count (3): Feloniously Pointing a Firearm.

- On April 17, 2025, an Emergency Order of Protection was granted against VAN ORSDOL in the District Court of Okmulgee County (Case No. PO-2025-25). A continued Order of Protection was granted with the next hearing set for February 17, 2026.

- Filed on April 15, 2025 in the District Court of Okmulgee County (Case No. CF-2025-53), VAN ORSDOL was charged by Information for Count (1): Assault and Battery with a Dangerous Weapon; Count (2): Plan, Attempt, Conspire to Perform an Act of Violence; Count (3): Assault and Battery; and Count (4): Reckless Conduct with a Firearm.

- VAN ORSDOL was charged by Information on August 13, 2025, within the District Count of Okmulgee County (Case No. CM-2025-310) for Count (1): Threaten to Perform an Act of Violence.

8. During ATF SA Keck's telephone call, VAN ORSDOL was confrontational, argumentative, aggressive, demanding, and not willing to have a professional discussion regarding his concerns. VAN ORSDOL claimed that he did not know where his firearms were and demanded their return. VAN ORSDOL claimed the Henryetta Police Department had stolen an expensive WWII era machinegun from his residence during the search and he demanded ATF locate and return the firearm to him. VAN ORSDOL referenced other firearms that were seized, including a firearm ATF SA Keck intended to transfer to VAN ORSDOL's attorney for safe keeping while his felony charges are pending.

9. VAN ORSDOL claimed that he was arrested and harassed over his current felony charges. He claimed he was assaulted and attacked at an automated teller machine (ATM) in Henryetta, Oklahoma by convicted felons with sawed off shotguns and was upset that he was

instead arrested at his residence after the alleged assault. VAN ORSDOL advised ATF SA Keck that firearms belonging to him were seized during that arrest.

10. ATF SA Keck calmy attempted to explain that VAN ORSDOL had firearms in Henryetta Police Department's (HPD) custody, and that the firearm in ATF SA Keck's care and control would be returned to VAN ORSDOL'S attorney soon. VAN ORSDOL refused to discuss firearms or outcomes with ATF SA Keck. VAN ORSDOL repeatedly and aggressively commanded ATF SA Keck to take all his firearms to his attorney by the end of the day. VAN ORSDOL claimed ATF SA Keck had jurisdiction over HPD such that he could do what he wanted with VAN ORSDOL's firearms.

11. This telephone call was concluded without any resolution and with VAN ORSDOL continuing to be irate and verbally agitated.

12. Following the initial phone call on September 24, 2025, VAN ORSDOL telephoned SA Keck again via phone number (918)-704-1535 while ATF SA Keck was in Muskogee, Oklahoma. ATF SA Keck missed this call and returned the call shortly afterwards.

13. During this second call, VAN ORSDOL continued to be argumentative and verbally combative. ATF SA Keck attempted to explain why VAN ORSDOL could not have any firearms returned to him until after his current felony charges were concluded. VAN ORSDOL became more infuriated and told ATF SA Keck he was going to be arrested for rape. ATF SA Keck asked VAN ORSDOL what he meant, and VAN ORSDOL said he would have his niece, Bethany, file a police report saying ATF SA Keck raped her so he will be arrested. VAN ORSDOL also told ATF SA Keck that if ATF SA Keck came to VAN ORSDOL'S residence that VAN ORSDOL would chop ATF SA Keck up, kill him, and feed him to his fish. VAN ORSDOL said he would have the Oklahoma Bureau of Investigations (OSBI) and the Attorney General's Office (AG) arrest ATF SA Keck and put him in jail.

14. ATF SA Keck contacted the Okmulgee County Sheriff's Office (OCSO) after the

telephone calls with VAN ORSDOL. ATF SA Keck was informed that VAN ORSDOL had made multiple calls with similar messages to HPD and OCSO, demanding the firearms be returned to him. SA Keck was told VAN ORSDOL also made references to Ruby Ridge and Waco within these telephone calls, which I know are references to shootings involving federal agents. VAN ORSDOL repeatedly talked about firearms and ammunition to include multiple AK-47's and thousands of rounds of ammunition in reference to law enforcement coming to his house. SA Keck believed this was threat to law enforcement that they would be fired upon if they attempted to come to VAN ORSDOL's residence.

15. Using an online resource to query the phone number VAN ORSDOL called ATF SA Keck from, I observed that the associated telephone number of (918)-704-1535 used United States Cellular as the carrier. An emergency disclosure request was sent to United States Cellular for the subscriber information and toll records associated with the telephone number of (918)-704-1535 (Exigent ID No. 20250926082433). Over the phone, United States Cellular informed ATF that the subscriber of the telephone number of (918)-704-1535 was Jason VAN ORSDOL with an address of 25690 S. 220th, Okmulgee, Oklahoma.

16. When reviewing the historical telephone data of the telephone number (918)-704-1535, I observed the following telephone calls made by (918)-704-1535 made on September 24, 2025:

- An outgoing call was made at 0723 hours (CST) by (918)-704-1535 to (918)-921-8520. (918)-921-8520 is the telephone number associated with the Tulsa Office Location for United States Senator Markwayne Mullins.

- An outgoing call was made at 0742 hours (CST) by (918)-704-1535 to (405)-246-0025. (405)-246-0025 is the telephone number associated with the Oklahoma City Office Location for United States Senator Markwayne Mullins.

- An outgoing call was made at 1005 hours (CST) by (918)-704-1535 to (918)-594-

1800. (918)-594-1800 is the telephone number associated with the ATF Tulsa Field Office.

- An outgoing call was made at 1236 hours (CST) by (918)-704-1535 to (918)-340-8920. (918)-340-8920 is the telephone number associated with ATF SA Keck.

- An outgoing call was made at 1307 hours (CST) by (918)-704-1535 to (202)-224-4721. (202)-224-4721 is the telephone number associated with the Washington DC Location for United States Senator Markwayne Mullins.

- An outgoing call was made at 1751 hours (CST) by (918)-704-1535 to (918)-594-1800. (918)-594-1800 is the telephone number associated with the ATF Tulsa Field Office.

17. I observed the following telephone calls made by (918)-704-1535 made on September 25, 2025:

- An outgoing call was made at 0843 hours (CST) by (918)-704-1535 to (405)-748-8291. (405)-748-8291 is the telephone number associated with the ATF Oklahoma City office Field Office.

- An outgoing call was made at 0845 hours (CST) by (918)-704-1535 to (405)-748-8291. (405)-748-8291 is the telephone number associated with the ATF Oklahoma City office Field Office.

18. On September 26, 2025, I reviewed a voicemail that was left at the ATF Oklahoma City Office by VAN ORSDOL. Within the voicemail VAN ORSDOL stated that they [ATF] have a problem regarding an ATF agent who is working with a local law enforcement officer and stated that they took his firearms. VAN ORSDOL demanded that they speak to his attorney. VAN ORSDOL also provided his telephone number of (918)-704-1535. VAN ORSDOL then advised ATF to "tell the local little shit head" that "he is too fucking young to remember Waco and Ruby Ridge". VAN ORSDOL then stated he will "see them in hell".

19. Additionally, I reviewed a voicemail that was left with Senator Mullins Office. In that call, VAN ORSDOL stated that Senator Mullins has a rouge ATF Agent along with a local detective who is arresting individuals and taking their firearms. VAN ORSDOL then stated that he "is sitting on 50,000 rounds and 16 AK-47's now". VAN ORSDOL stated he is currently facing two counts of attempted murder. VAN ORSDOL reiterated that he is "sitting on 50,000 rounds and 16 AK-47's if they come back" to his home.

20. It should be noted that throughout the durations of the phone calls, VAN ORSDOL demeanor escalated from initial frustration to a raised voice, then to using profane language, and ultimately to overt hostility and direct threats towards law enforcement.

21. I learned that on the evening of September 24, 2025, VAN ORSDOL was at the scene of a residential fire in Henryetta, OK. HPD said VAN ORSDOL exited the building while they were responding, VAN ORSDOL left the scene after telling HPD the residence was on fire. SA Keck was told the residence was unoccupied and part of an estate linked to VAN ORSDOL. On the morning of September 25, 2025, the Oklahoma State Fire Marshal who investigated the fire ruled the fire to be incendiary.

22. On September 26, 2025, I reviewed an ATF Standard NICS Denial for VAN ORSDOL. On July 4, 2025, VAN ORSDOL attempted to purchase Kimber Rapide .45 ACP pistol bearing serial number K816461 from Sports World Inc. located at 6841 E 41st St., Tulsa, Oklahoma 74145. VAN ORSDOL was denied the purchase on July 5, 2025, due to being prohibited from possessing firearms and ammunition under Title 18 United States Code 922(n) – It shall be unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year to possess firearms and/or ammunition.

23. The corporate office for US Cellular is in Chicago Illinois. Through my training and experience, I know that phone calls placed and received through a cellular network, such as the US Cellular network of which VAN ORSDOL is a customer, are carried and are routinely routed

across state lines.

24. Since this affidavit is being submitted for the limited purpose of enabling a judicial determination of whether probable cause exists to justify the issuance of a criminal complaint for VAN ORSDOL, I have not included each and every fact known concerning this investigation to me and others involved in this matter. I have set forth only the facts that I believe are essential to establish the necessary foundation for a criminal complaint. Based on the above and the totality of the circumstances, I believe that probable cause exists to issue a criminal complaint against Jason Mance VAN ORSDOL for a violation of Title 18 U.S.C. § 115(a)(1)(B), Threatening to Assault or Murder a Federal Law Enforcement Officer, and Title 18 U.S.C. § 875(c), Interstate Transmission of Threatening Communications.

Respectfully Submitted,

_Madison Rebel_
Madison Rebel
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn this 26th day of September, 2025.

United States Magistrate Judge