

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

JASON MANCE VAN ORSDOL,
a/k/a Jason Mance VanOrsdol,

    *Defendant.*

Case No. 25 CR 2 0 0 RAW

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**THREATENING TO ASSAULT AND MURDER A FEDERAL LAW ENFORCEMENT OFFICER**
[18 U.S.C. §§ 115(a)(1)(B)]

On or about September 24, 2025, in the Eastern District of Oklahoma, the defendant, **JASON MANCE VAN ORSDOL, a/k/a Jason Mance VanOrsdol**, did threaten to assault and murder L.K., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, with intent to impede, intimidate, and interfere with L.K. while L.K. was engaged in the performance of L.K.'s official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

**THREATENING TO ASSAULT AND MURDER A FEDERAL LAW ENFORCEMENT OFFICER**
[18 U.S.C. §§ 115(a)(1)(B)]

On or about September 24, 2025, in the Eastern District of Oklahoma, the defendant, **JASON MANCE VAN ORSDOL, a/k/a Jason Mance VanOrsdol**, did threaten to assault and

murder L.K., a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, with intent to retaliate against L.K. on account of the performance of L.K.'s official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT THREE

### THREATENING INTERSTATE COMMUNICATIONS
### [18 U.S.C. § 875(c)]

On or about September 24, 2025, in the Eastern District of Oklahoma, the defendant, **JASON MANCE VAN ORSDOL, a/k/a Jason Mance VanOrsdol**, knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another; to wit: the defendant spoke to L.K. and threatened to assault and murder L.K., in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s./ Foreperson
FOREPERSON OF THE GRAND JURY

JONATHAN E. SOVERLY, IN Bar # 32155-45
Assistant United States Attorney